

## Mars Khaimov Law, PLLC

100 Duffy Avenue, Suite 510

Hicksville, New York 11801

Tel.: 929.324.0717

Fax: 929.333.7774

E-mail: mars@khaimovlaw.com

**MEMORANDUM ENDORSED**

<u>VIA ECF</u>
Honorable Judge Gregory H. Woods
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

July 12, 2023

Re:   *1:23-cv-02991-GHW Campbell v. Pretty Girl Curves, Inc.*

<u>Status Letter and Request for Adjournment of Conference</u>

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: July 12, 2023

Dear Judge Woods:

 Plaintiff's counsel submits this letter-motion to seek an adjournment of the initial case management conference, currently scheduled for July 18th, 2023, to allow Plaintiff time to contact Defendant informally. Plaintiff has not yet been in communication with the Defendant, and will seek a default judgment if they do not appear by the next conference date. Plaintiff proposes a new date of September 18th, 2023, or a date more convenient to the Court. This is the first time this relief is being requested.

 We thank the Court for its attention and consideration in this matter.

Respectfully submitted,

*/s/ Mars Khaimov*
Mars Khaimov, Esq.
Attorney for Plaintiff

Plaintiff's July 12, 2023 request to adjourn the initial pretrial conference, Dkt. No. 7, is granted. The initial pretrial conference scheduled for July 18, 2023, is adjourned to October 4, 2023, at 2:00 p.m. The joint status letter and proposed case management plan described in the Court's April 12, 2023 order are due no later than September 27, 2023.

The Clerk of Court is directed to terminate the motion pending at Dkt. No. 7.

SO ORDERED.
Dated: July 12, 2023
New York, New York

_____
GREGORY H. WOODS
United States District Judge

