USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/28/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
:
JOVAN CAMPBELL, *on behalf of herself and all others* :
*similarly situated*, :
: 1:23-cv-2991-GHW
Plaintiffs, :
: ORDER
-against- :
:
PRETTY GIRL CURVES, INC., :
:
Defendant. :
:
-----------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

      In the Court's order dated July 12, 2023, Dkt. No. 8, the parties were directed to submit a joint status letter and proposed case management plan to the Court no later than September 27, 2023. The Court has not received the joint status letter and proposed case management plan. The parties are directed to comply with the Court's July 12, 2023 order forthwith and in any event no later than October 2, 2023.

      SO ORDERED.

Dated: September 28, 2023
New York, New York

                                                          GREGORY H. WOODS
                                                         United States District Judge