USDC SDNY  
DOCUMENT  
ELECTRONICALLY FILED  
DOC #: _____  
DATE FILED: 10/3/2023

UNITED STATES DISTRICT COURT  
SOUTHERN DISTRICT OF NEW YORK  
------------------------------------------------------------------X  
:  
JOVAN CAMPBELL, *on behalf of herself and all others* :                   
*similarly situated*, :  
                                                            :          1:23-cv-2991-GHW  
                                   Plaintiffs, :  
:                   ORDER  
               -against- :  
:  
PRETTY GIRL CURVES, INC., :  
:  
                                   Defendant. :  
:  
------------------------------------------------------------------X  

GREGORY H. WOODS, United States District Judge:

     In the Court's order dated July 12, 2023, Dkt. No. 8, the parties were directed to submit a joint status letter and proposed case management plan to the Court no later than September 27, 2023. The joint status letter and proposed case management plan were not submitted by that date. On September 28, 2023, the Court directed the parties to comply with the Court's July 12, 2023 order forthwith and in any event no later than October 2, 2023. Dkt. No. 9. The Court still has not received the joint status letter and proposed case management plan. The parties are directed to comply with the Court's July 12, 2023 order forthwith and in any event no later than 5:00 p.m. on October 3, 2023.

     SO ORDERED.

Dated: October 3, 2023  
New York, New York  
                                                                          GREGORY H. WOODS  
                                                                    United States District Judge