

# Mars Khaimov Law, PLLC

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/3/2023
```

**VIA ECF**
Honorable Judge Gregory H. Woods
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

108-26 64th Avenue, Second Floor
Forest Hills, NY 11375
Tel.: 929.324.0717
Fax: 929.333.7774
E-mail: mars@khaimovlaw.com

**MEMORANDUM ENDORSED**

October 3, 2023

Re:   <u>1:23-cv-02991-GHW Campbell v. Pretty Girl Curves, Inc.</u>

<u>Status Letter and Request for Adjournment of Conference</u>

Dear Judge Woods:

Plaintiff's counsel submits this letter-motion to seek an adjournment of the initial case management conference. The conference is currently scheduled for tomorrow, October 4th, 2023 and the pretrial documents are past due. Plaintiff has not yet been in communication with the Defendant, and will seek a default judgment if they do not appear by the next conference date. As such, Plaintiff proposes a 60-day adjournment and a new date of December 5th, 2023, or a date more convenient to the Court. This is the second time this relief is being requested.

We thank the Court for its attention and consideration in this matter.

Respectfully submitted,

*/s/ Mars Khaimov*
Mars Khaimov, Esq.
Attorney for Plaintiff

---

Application granted in part.  Plaintiff's October 3, 2023 request to adjourn the initial pretrial conference, Dkt. No. 11, is granted.  The initial pretrial conference scheduled for October 4, 2023 is adjourned to November 7, 2023 at 3:00 p.m.  The joint status letter and proposed case management plan described in the Court's April 12, 2023 order are due no later than October 31, 2023.  The Court expects that any application for the issuance of an order to show cause for default judgment would be filed no later than November 7, 2023 in a manner consistent with the Court's Individual Rules of Practice.  The Clerk of Court is directed to terminate the motion pending at Dkt. No. 11.

SO ORDERED.

Dated:  October 3, 2023
New York, New York

_____
GREGORY H. WOODS
United States District Judge