USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/2/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
:
JOVAN CAMPBELL, *on behalf of herself and all others* :
*similarly situated*, :
: 1:23-cv-2991-GHW
Plaintiff, :
: ORDER
-v — :
:
PRETTY GIRL CURVES, INC., :
:
Defendant. :
-----------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

On October 3, 2023, the Court adjourned the initial pretrial conference in this matter to November 7, 2023 and set a deadline for the submission of the joint status letter and proposed case management plan of October 31, 2023. Dkt. No. 12. In the same order, the Court noted its expectation that any application for the issuance of an order to show cause for default judgment would be filed no later than November 7, 2023. *Id.* Defendant was served on April 26, 2023 and has not appeared in this matter. Dkt. No. 6. On October 31, 2023, Plaintiff filed for an entry of default, and the Clerk of Court issued a certificate of default as to Defendant on November 1, 2023. Dkt. Nos. 13, 14, 15. No joint status letter or proposed case management plan has been submitted.

Accordingly, the initial pretrial conference scheduled for November 7, 2023 is adjourned *sine die*. The Court continues to expect that any application for the issuance of an order to show cause for default judgment will be filed no later than November 7, 2023.

SO ORDERED.

Dated: November 2, 2023
    New York, New York

_____
GREGORY H. WOODS
United States District Judge