UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/9/2023
```

----------------------------------------------------------------- X
                                                                  :
JOVAN CAMPBELL, *on behalf of herself and all others*             :
*similarly situated*,                                             :
                                                                  :
                                        Plaintiff,                :          1:23-cv-2991-GHW
                                                                  :
                                                                  :             ORDER
                        -v –                                      :
                                                                  :
PRETTY GIRL CURVES, INC.,                                          :
                                                                  :
                                        Defendant.                :
----------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

Plaintiff has filed a proposed order to show cause for default judgment and accompanying papers. Dkt. Nos. 17, 18, 19, 20. These submissions do not conform to the Court's Individual Rules of Practice in Civil Cases, in part by failing to include a memorandum of law as described in Attachment A to the Court's Individual Rules of Practice in Civil Cases.

Accordingly, the Court will not consider Plaintiff's application. If Plaintiff plans to proceed with seeking default judgment, the Court expects a corrected application for the issuance of an order to show cause for default judgment in accordance with the Court's Individual Rules of Practice in Civil Cases will be submitted by November 27, 2023.

SO ORDERED.

Dated: November 9, 2023

_____
GREGORY H. WOODS
United States District Judge